IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY BETSA, | ) | CASE NO. 1:25 CV 2478 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| | ) | Magistrate Judge James E. Grimes Jr. |
| | ) | |
| CITY OF AVON LAKE, OHIO, *et al.*, | ) | **MEMORANDUM OPINION** |
| | ) | |
| Defendants. | ) | |

On January 7, 2026, Magistrate Judge James E. Grimes Jr. issued a Report and Recommendation in the above-captioned matter (Docket #33), recommending that the Court deny the Emergency Motion for Temporary Restraining Order (Docket #33) filed by Plaintiff, Jeremy Betsa, *pro se*. On January 16, 2026, Mr. Betsa filed his Objection to the Magistrate Judge's Report and Recommendation. (Docket #39.) On January 30, 2025, Defendants filed their Response Brief. (Docket #47.)

**Standard of Review for a Magistrate Judge's Report and Recommendation**

The applicable district court standard of review for a magistrate judge's report and recommendation depends upon whether objections were made to the report. When objections are made to a report and recommendation of a magistrate judge, the district court reviews the case *de novo*. FED. R. CIV. P. 72(b) provides:

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

## Conclusion

The Court has reviewed the Magistrate Judge's Report and Recommendation *de novo*, along with objections raised by Mr. Betsa and Defendants' response thereto. Magistrate Judge Grimes carefully reviewed and analyzed the instant Motion and the Court agrees with the Magistrate Judge's conclusion that Mr. Betsa failed to establish he is entitled to a Temporary Restraining Order under Fed. R. Civ. P. 65.

Accordingly, the Report and Recommendation issued by Magistrate Judge Grimes (Docket #33) is hereby ADOPTED in its entirety. Mr. Betsa's Emergency Motion for Temporary Restraining Order (Docket #23) is hereby DENIED.

This case remains referred to Magistrate Judge Grimes for pretrial supervision, as set forth in the Order dated December 30, 2025. (Docket #28.)

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: February 5, 2026